UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-20957 ALTONAGA

ANDRES GOMEZ, On His Own Behalf,
And On Behalf of All Other Individuals
Similarly Situated,

    Plaintiffs,

v.

MIAMI CHILDREN'S HEALTH SYSTEM, INC.
d/b/a www.miamichildrens.com ,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, Miami Children's Health System, Inc., hereby notifies the Court that Plaintiff and Defendant have reached a settlement of all issues between them in connection with this case. The Parties request thirty (30) days in which to prepare and finalize the settlement papers and file the appropriate dismissal notice.

| | |
|---|---|
| Dated:  April 14, 2017<br>           Miami, Florida | STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>Attorneys for Defendant<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone: 305-789-3226<br>Facsimile: 305-789-2645<br><br>By: /s/Kara S. Nickel_____<br>    KARA S. NICKEL<br>    Florida Bar No. 175188<br>    Email:  knickel@stearnsweaver.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF on April 14, 2017 on all counsel or parties of record on the Service List below.

/s/Kara S. Nickel_____
KARA S. NICKEL

## SERVICE LIST
*Andres Gomez v. Miami Children's Health System, Inc.*
CASE NO. 1:17-CV-20957ALTONAGA

Scott R. Dinin, Esq.
Law Offices of Scott R. Dinin, P.A.
4200 N.W. 7th Avenue
Miami, FL 33127
Telephone: 786-431-1333
Email:  srd@dininlaw.com
*Attorney for Plaintiff*

#5381728

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200