UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-20957 ALTONAGA

ANDRES GOMEZ, On His Own Behalf,
And On Behalf of All Other Individuals
Similarly Situated,

    Plaintiffs,

v.

MIAMI CHILDREN'S HEALTH SYSTEM, INC.
d/b/a www.miamichildrens.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated this 13th day of June, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Kara S. Nickel* |
| Scott R. Dinin, Esq. | Kara S. Nickel |
| SCOTT R. DININ, P.A. | Stearns Weaver Miller Weissler |
| 4200 NW 7th Avenue | Alhadeff & Sitterson, P.A. |
| Miami, Florida 33127 | Attorneys for Defendant |
| Tel: (786) 431-1333 | Museum Tower, Suite 2200 |
| Fax: (786) 513-7700 | 150 West Flagler Street |
| E-mail: inbox@dininlaw.com | Miami, Florida 33130 |
| *Counsel for Plaintiff* | Telephone: 305-789-3226 |
| | Facsimile: 305-789-2645 |
| | *Counsel for Defendant* |

1